Case 1:21-cv-01559-SAG Document 2 Filed 06/28/21 Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __OFC. DENNIS MCCAIN (#4626)__
was received by me on *(date)* __7/15/2021__.

☒ I personally served the summons on the individual at *(place)* __BALTIMORE COUNTY POLICE DEPT., 8532 HARFORD RD, BALTO, MD 21234__ on *(date)* __7/15/2021__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __7/16/2021__

*Server's signature*

__DANIEL HOLTHAUS   PRIVATE INVESTIGATOR__
*Printed name and title*

__9719 PULASKI HWY.
BALTIMORE, MD 21220
410-788-7800__
*Server's address*

Additional information regarding attempted service, etc:

Case 1:21-cv-01559-SAG   Document 2   Filed 06/24/21   Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| Micah Benjamin Tucker<br>4205 Kenwood Avenue<br>Baltimore, MD 21206<br><br>*Plaintiff(s)*<br><br>v.<br><br>Officer Dennis McCain (4626)<br>Baltimore County Police Department,<br>8532 Old Harford Road, Baltimore, MD 21234<br><br>*Defendant(s)* | Civil Action No. SAG21-1559 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Officer Dennis McCain (4626)
Baltimore County Police Department
Precinct 8 - Parkville
8532 Old Harford Road
Baltimore, Maryland 21234

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anton L. Iamele, 201 N. Charles Street, Suite 400, Baltimore, Maryland 21201
Tyler Mann, 101 E. Chesapeake Avenu, Suite 100, Towson, Maryland 21286

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Catherine M. Stavlas
*CLERK OF COURT*

Date:   6/24/2021

*Signature of Clerk or Deputy Clerk*